**Order filed February 18, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00173-CV

_____

**JOSEPH ANTHONY THOMAS, Appellant**

**V.**

**LAKE COVE COMMUNITY ASSOCIATION, INC., Appellee**

---

**On Appeal from the 157th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-69824**

---

## O R D E R

The clerk's record was filed March 22, 2013. Our review has determined that a relevant item has been omitted from the clerk's record. *See* Tex. R. App. P. 34.5(c). The record does not contain **Plantiff's Motion for Summary Judgment And All Included Exhibits to the motion** filed June 29, 2012.

The Harris County District Clerk is directed to file a supplemental clerk's record on or before February 25, 2014, containing **Plaintiffs Motion for**

**Summary Judgment And All Included Exhibits to the motion** filed June 29, 2012.

If the omitted item is not part of the case file, the district clerk is directed to file a supplemental clerk's record containing a certified statement that the omitted item is not a part of the case file.


PER CURIAM